MANDATE

N.Y.S.D. Case #
17-cv-9175(CS)

**UNITED STATES COURT OF APPEALS**
**for the**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of February, two thousand and nineteen,

---

Kervin Jeanty,

Plaintiff - Appellant,

v.

Newburgh Beacon Bus Corporation, Edward F.X. Gallagher, C.E.O., Marc Miller, Director of Operations, Dan Spangler, Director of Operations, Kim Mishk, Dispatch Supervisor, John Procak, Dispatch Supervisor, Alfredo Solis, Coach Dispatch Supervisor,

Defendants - Appellees.

---

**ORDER**
Docket Number: 18-3677

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: Apr 12 2019

A notice of appeal was filed on December 7, 2018. Appellant's brief and any required appendix, due February 22, 2019, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal is dismissed effective March 21, 2019 if the brief and any required appendix are not filed by that date. No extension of time to file will be granted.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

[Seal: United States Second Circuit Court of Appeals] Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
[Seal: United States Second Circuit Court of Appeals] Catherine O'Hagan Wolfe

MANDATE ISSUED ON 04/12/2019